**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PHILLIP WILSON**                                                          **PLAINTIFF**

**VS.**                     **3:04CV000206-WRW**

**WAL-MART STORES, INC.**                                        **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED WITH PREJUDICE.

DATED this 9th day of February, 2006.

                                                /s/ Wm. R.Wilson,Jr.
                                 UNITED STATES DISTRICT JUDGE